UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO.: 2:16- cv-14292-KAM

JANET HOYT,

    Plaintiff,

vs.

VERO HOTEL, LLC,
d/b/a VERO BEACH HOTEL & SPA
& COBALT RESTAURANT,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF PENDING SETTLEMENT

Plaintiff, JANET HOYT ("Plaintiff"), by and through undersigned counsel, pursuant to Local Rule 16(f)(2), hereby gives notice that Plaintiff and Defendant, VERO HOTEL, LLC, d/b/a VERO BEACH HOTEL & SPA & COBALT RESTAURANT ("Defendant"), have reached an agreement for settlement, and are in the process of finalizing the settlement documents. Plaintiff and Defendant respectfully request twenty-one (21) days to finalize the settlement documents and file proper pleadings to close this matter out.

Respectfully submitted this 4th day of November, 2016.

                        BY:   /s/ Jason S. Weiss
                                Jason S. Weiss
                                Jason@jswlawyer.com
                                Florida Bar No. 356890
                                Peter S. Leiner
                                Peter@jswlawyer.com
                                Florida Bar No. 104527
                                **WEISS LAW GROUP, P.A.**
                                5531 N. University Drive, Suite 103
                                Coral Springs, FL 33067
                                Tel: (954) 573-2800
                                Fax: (954) 573-2798
                                *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of November, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

BY: /s/ Jason S. Weiss
Jason S. Weiss
Jason@jswlawyer.com
Florida Bar No. 356890
Peter S. Leiner
Peter@jswlawyer.com
Florida Bar No. 104527